**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**RAYMOND STRONG,**

       **Petitioner,**

**v.**                             **Case No.  5:22-cv-83-TKW-MJF**

**STATE OF FLORIDA, et al.,**

       **Respondents.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 14). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's motion to stay his state criminal case should be denied and that this case should be dismissed pursuant to the *Younger* abstention doctrine.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Petitioner's motion to stay his state criminal case (Doc. 6) is **DENIED**.

3.      This case is **DISMISSED** without prejudice.

4.      The Clerk shall close the case file.

**DONE and ORDERED** this 6th day of September, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**